UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                  CASE NO: 8:11-cr-633-T-35MAP

**YOAN VALDES CASTRO**

_____

**ORDER**

This cause comes before the Court upon periodic review. A review of the case docket reveals that on April 11, 2012, a Warrant was issued as to Defendant **YOAN VALDES CASTRO** (Dkt. S-50) As of the date of this Order, the arrest warrant has yet to be executed. No substantive activity has occurred in the case since the issuance of the warrant.

Accordingly, it is **ORDERED** as follows:

1. This matter is **ADMINISTRATIVELY CLOSED without prejudice**. The Government may reopen this matter once the fugitive defendant has been apprehended.

2. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case. The Defendant is to remain in fugitive status.

**DONE and ORDERED** in Tampa, Florida, this 14th day of September, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service